[No. 13259-1-II.  Division Two.  April 22, 1991.]

KRUEGER ENTERPRISES, INC., *Respondent,* v. THE
DEPARTMENT OF SOCIAL AND HEALTH
SERVICES, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-2-00658-5, James I. Maddock, J., entered August 25, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 13991-0-II.  Division Two.  April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN RAY
CONLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 213566R120, Arthur W. Verharen, J., entered May 18, 1990. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich, A.C.J., and Morgan, J.

[Nos. 12800-4-II; 12843-8-II.  Division Two.  April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
PATRICK WILLIAMS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ALLEN
LEROY PETERSON, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 88-1-02416-4, E. Albert Morrison, J., entered April 25, 1989. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Alexander and Morgan, JJ.